UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZI WAIN LOVETT,<br><br>        Plaintiff,<br><br>    v.<br><br>SKYWAY MACHINE, INC. and DOES 1-50, inclusive,<br><br>        Defendants. | No. 2:12-cv-02163-TLN-CMK<br><br>**ORDER VACATING TRIAL DATE AND ORDERING JOINT STATUS REPORT** |

This matter is before the Court on Plaintiff's motion to vacate the trial date in this action. This matter is currently set for trial on May 22, 2017.  (ECF No. 20.)

During the Final Pretrial Conference Hearing on March 23, 2017, Plaintiff's counsel informed the Court that he had not been able to communicate with Plaintiff and planned to take additional steps to do so that weekend.  (ECF No. 25 at 1.)  The Court ordered Plaintiff's counsel to contact the Court by March 27, 2017, and update the Court on the results of counsel's efforts to locate his client.  (ECF No. 24 at 1.)  On that date, Plaintiff's counsel informed the Court of the steps he took and reported that he had not been able to locate his client.  (ECF No. 24 at 1.)  Plaintiff's counsel then filed a motion to vacate the trial date in this action.  (ECF No. 24.)

////

////

1

The Court hereby VACATES the trial currently set for May 22, 2017. The Parties are hereby ordered to meet and confer and to file a Joint Status Report with this Court within thirty (30) days of the entry of this order notifying the Court as to the status of this action.

IT IS SO ORDERED.

Dated: April 5, 2017

Troy L. Nunley
United States District Judge