UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZI WAIN LOVETT,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYWAY MACHINE, INC. and DOES 1-50, inclusive,<br><br>    Defendants. | No. 2:12-cv-02163-TLN-CMK<br><br><br><br>**ORDER TO SHOW CAUSE** |

On April 5, 2017, this Court ordered the parties to meet and confer and to file a Joint Status Report with this Court within thirty (30) days notifying the Court as to the status of this action. (ECF No. 26 at 1–2.) Defendant filed a status report on May 8, 2017, stating that Plaintiff's counsel had not been responsive to multiple attempts by Defendant's counsel to confer and co-ordinate a joint filing. (ECF No. 27 at 1–2.) Plaintiff has not filed a status report.

Plaintiff's counsel is ordered to SHOW CAUSE in writing, not later than 12:00 pm on May 12, 2017, as to why he should not be sanctioned for failure to meet and confer regarding the Joint Status Report or to timely file a status report.

////

////

////

1

Plaintiff is ordered to file a status report notifying the Court as to the status of this action not later than 12:00 pm on May 12, 2017.

IT IS SO ORDERED.

Dated: May 9, 2017

Troy L. Nunley
United States District Judge