# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZI WAIN LOVETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SKYWAY MACHINE, INC. and DOES 1-50, inclusive,<br><br>　　　　Defendants. | No. 2:12-cv-02163-TLN-CMK<br><br><br><br>**ORDER** |

Plaintiff commenced this action on August 17, 2012. (ECF No. 1.) On March 23, 2017, this Court held a Final Pre-Trial Conference at which Plaintiff's counsel informed the Court that he had not been able to communicate with Plaintiff. (ECF No. 26.) The Court vacated the May 22, 2017, trial date and ordered counsel for both parties to provide a status report to the Court within 30 days. (ECF No. 26.) Plaintiff's counsel did not respond. On May 9, 2017, the Court issued an Order to Show Cause requiring Plaintiff's counsel inform the Court as to the status of the case and of counsel's attempts to contact Plaintiff. (ECF No. 28.) Plaintiff's counsel responds that he has still not been able to communicate with Plaintiff and stating that counsel would like to withdraw from the case. (ECF No. 30.)

IT IS HEREBY ORDERED that if Plaintiff's counsel wishes to withdraw, then Plaintiff's counsel shall file a noticed and supported motion to withdraw within fourteen (14) days of the date of this order.

Dated: May 23, 2017

　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1